IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE KRISTEN L. MIX

Civil Action No. 07-cv-01497-EWN-KLM

ROSCOE WARE,

    Plaintiff(s),

v.

RICHARD GALLEGOS,
PAUL HOLLENBECK,
STATE OF COLORADO,

    Defendant(s).

_____

**ORDER SETTING PRELIMINARY SCHEDULING/STATUS CONFERENCE**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    IT IS HEREBY **ORDERED** that a preliminary Scheduling/Status Conference is set for **November 7, 2007 at the hour of 10:00 a.m.**, in Courtroom A501, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The parties need not comply with the requirements of Fed. R. Civ. P. 16 and 26(a)(1) and D.C. COLO.LCivR. 16.1 and 16.2. All parties shall appear in person. If this date is not convenient for any counsel/pro se party, he/she shall **file a motion** to reschedule the conference to a more convenient date, and shall list dates in the motion which are available for all counsel/pro se parties.

    The purpose of the initial conference is to consider the nature and status of the case, the timing for filing of any motions, and what discovery, if any, will be needed. The plaintiff shall notify all parties who have not entered an appearance of the date and time of the Scheduling/Status Conference.

    **Anyone seeking entry to the Alfred A. Arraj United States Courthouse will be required to show valid photo identification.** *See* **D.C.COLO.LCIVR. 83.2B. Failure to comply with this requirement will result in denial of entry to the courthouse.**

Dated: September 21, 2007